| | |
|---|---|
| 1 | EDDIE R. JIMENEZ (SBN 231239) |
| | ERIN L. LANEY (CA SBN 259863) |
| 2 | MATTHEW R. CLARK (SBN 271054) |
| | PITE DUNCAN, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 4 | San Diego, CA 92177-0933 |
| | Telephone: (858) 750-7600 |
| 5 | Facsimile: (619) 590-1385 |
| 6 | Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DARRIN LEE MARTINDALE AND PATRICIA ELIZABETH ALBERTO-MARTINDALE ,<br><br>Debtor(s). | Case No. 10-42039-RLE<br><br>Chapter 13<br><br>R.S. No. ELL-873<br><br>**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**<br>**(11 U.S.C. § 362 and Bankruptcy Rule 4001)**<br><br>Property: 1869 La Fonte Court, Brentwood, California 94513<br><br>Position: First Deed of Trust<br><br>DATE: September 5, 2012<br>TIME: 1:30 pm<br>CTRM: 201<br><br>1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

TO THE DEBTORS, DEBTORS' ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order Granting Relief From Automatic Stay on the grounds set forth in the Motion for Relief From Automatic Stay and Declaration in Support of Motion for Relief From Automatic Stay filed concurrently herewith.

- 1 -

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that Respondents must appear personally or by counsel at the above-captioned hearing and may file responsive pleadings, points and authorities and declarations. If Respondents fail to appear, default may be entered. |

Dated: <u>August 13, 2012</u>         PITE DUNCAN, LLP

<u>/s/ ERIN L. LANEY (CA SBN 259863)</u>
Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

Case: 10-42039   Doc# 24   Filed: 08/13/12   Entered: 08/13/12 10:56:00   Page 2 of 2