The following constitutes
the order of the court. Signed April 27, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-42039 RE |
| DARRIN LEE MARTINDALE and PATRICIA ELIZABETH ALBERTO-MARTINDALE, | Chapter 13 |
| Debtors. | JUDGMENT VOIDING LIEN OF JP MORGAN CHASE BANK, NATIONAL ASSOCIATION AND ITS SUCCESSORS IN INTEREST |

On June 14, 2010, this court entered an ORDER VALUING LIEN OF JP MORGAN CHASE BANK, N.A. against certain property of Debtors for purposes of this chapter 13 case. That order was subject to being set aside until Debtors obtained a discharge in this chapter 13 case. Debtors having obtained discharge, the court now therefore enters the following judgment:

The second lien of JP Morgan Chase Bank, NA and its successors in interest regarding the property commonly known as 1869 La Fonte Court, Brentwood, CA 94513, and which was recorded in Contra Costa County on

1 or about November 16, 2005 as document 044348800, is hereby determined
2 to be entirely, permanently, and for all purposes void and
3 unenforceable.

                        *** END OF ORDER ***

COURT SERVICE LIST


Darrin & Patricia Martindale
1869 La Fonte Court
Brentwood, CA 94513

Attn: Officer
JPMorgan Chase Bank, NA
1111 Polaris Pkwy
Columbus, Ohio 43240

Attn: Officer
JP Morgan Chase Bank, NA
4 Chase Metrotech Ctr
Brooklyn, NY 11245

Attn: Officer
JPMorgan Chase Bank, NA
C/o CT Corporation System
818 West Seventh Street 2nd Fl
Los Angeles, CA 90017

Attn: Kelly J. Schellig or Cassandra L Carroll
JPMorgan Chase Bank, NA
C/o Five Lakes Agency, Inc.
PO Box 80730
Rochester, MI 48308

JP Morgan Chase Bank, National Association
C/o Pite Duncan, LLP
Attn: Casper J. Rankin
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933